RECEIVED

APR 1 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Rebecca F. Doherty

Subject: *Coastal Commerce Bank v. SM Energy LLC, et al.*
Civil Action No. 16-1274

Date: April 13, 2017

**MINUTE ENTRY**

The "Consent Motion to Withdraw and Dismiss Claim" [Doc. 35], filed by Claimant, Ernst & Young, Inc., is hereby REFERRED to Magistrate Judge Carol B. Whitehurst for Ruling.