**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

COASTAL COMMERCE BANK — CIVIL ACTION NO. 6: 16-01274

VERSUS — JUDGE: DOHERTY

SM ENERGY, LLC ET AL — MAG. JUDGE: WHITEHURST

**ORDER**

Considering the foregoing Consent Motion to Withdraw and Dismiss Claim [Rec. Doc. 35], filed on behalf of Claimant, Ernst & Young, Inc. in its capacity as the receiver and foreign representative (the "Receiver") of Tesla Offshore, L.L.C., Tesla Exploration, Inc., Bergco L.L.C. and Tesla Marine, Inc. in connection with the Chapter 15 cases pending in the U.S. Bankruptcy Court for the Middle District of Louisiana, Docket No. 16-10867,

**IT IS ORDERED** that the Motion [Rec. Doc. 35] is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Claimant, Ernst & Young, Inc. in its capacity as the receiver and foreign representative of Tesla Offshore, L.L.C., Tesla Exploration, Inc., Bergco L.L.C. and Tesla Marine, Inc. in connection with the Chapter 15 cases pending in the U.S. Bankruptcy Court for the Middle District of Louisiana, Docket No. 16-10867, be and is hereby allowed to withdraw its Verified Claim/Statement of Interest, *R. 16*, filed in this matter on September 30,

2016 and that said claim be and is hereby **DISMISSED**, at Claimant's sole cost and expense.

Lafayette, Louisiana, this 21st day of April, 2017.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE