**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| COASTAL COMMERCE BANK | CIVIL ACTION NO.: 16-1274 |
| VERSUS | JUDGE: DOHERTY |
| M/V RANDI NICHOLE, *in rem*, M/V MS. ISABELLE, *in rem*, M/V MS. BRYELLE, *in rem*, M/V RACHEL SHANNON, *in rem*, their engines, tackle, furniture, apparel, appurtenances, etc., SM ENERGY, LLC, BARBARA ANN, LLC, SM ENERGY SERVICES, LLC, RAYMOND J. SCULLY, Jr., and JOHN A. LANCON *in personam* | MAG. JUDGE: WHITEHURST |

**O R D E R**

Considering the foregoing Motion for Confirmation of U.S. Marshal's Sale of the M/V RANDI NICHOLE, Official Number 1085235, M/V MS. ISABELLE, Official Number 610886, M/V MS. BRYELLE, Official Number 590456, M/V RACHEL SHANNON, Official Number, 506969, and considering the law, especially Local Admiralty Rule 64.6;

IT IS ORDERED, ADJUDGED, AND DECREED that the motion is granted. The Court hereby confirms the sale of the vessels M/V RANDI NICHOLE, Official Number 1085235, M/V

MS. ISABELLE, Official Number 610886, M/V MS. BRYELLE, Official Number 590456, M/V RACHEL SHANNON, Official Number, 506969 , their respective appurtenances, equipment, tackle, etc. *in rem*, to Coastal Commerce Bank, free and clear of all liens, claims and encumbrances.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States Marshal is hereby directed to issue a Marshal's Bill of Sale for each vessel to the Buyer, transferring each vessel to the Buyer free and clear of all mortgages, liens, encumbrances, and pre-existing claims on the vessel, and the U.S. Coast Guard is directed to remove such liens claims and encumbrances from the Certificate of Documentation.

Lafayette, Louisiana this 8th day of May, 2017.

____________________________________

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE