U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 22 2017

TONY R. MOORE, CLERK
BY DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Rebecca F. Doherty

Subject: *Coastal Commerce Bank v. SM Energy LLC, et al.*
Civil Action No. 16-1274

Date: May 22, 2017

**MINUTE ENTRY**

The Motion for Default Judgment as to Raymond J. Scully, Jr. [Doc. 45] and the Motion for Default Judgment as to John A. Lancon [Doc. 46] are hereby REFERRED to Magistrate Judge Carol B. Whitehurst for Report and Recommendation.

COPY SENT
DATE 5/22/17
BY
TO RFD