**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Coastal Commerce Bank | Civil Action 16-01274 |
| versus | Judge Rebecca F. Doherty |
| SM Energy LLC, et al | Magistrate Judge Carol B. Whitehurst |

# ORDER

**IT IS ORDERED** that the undersigned's hearing with oral argument scheduled on July 19, 2017 at 10:00 a.m. regarding the defendants' Motions For Default Judgment [Rec. Docs. 45, 46] is **UPSET**. The Court will decide the Motions on the briefs.

**THUS DONE AND SIGNED** this 10th day of July, 2017 at Lafayette, Louisiana.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE