U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 0 2017

TONY R. MOORE, CLERK
BY ________ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Rebecca F. Doherty

Subject: Coastal Commerce Bank v. SM Energy LLC, et al.
Civil Action No. 16-1274

Date: August 10, 2017

**MINUTE ENTRY**

The Motion to Set Aside Entry of Default [Doc. 59] is hereby REFERRED to Magistrate Judge Whitehurst for Ruling.