**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

COASTAL COMMERCE BANK

VERSUS

M/V RANDI NICHOLE, *in rem*, M/V MS. ISABELLE, *in rem*, M/V MS. BRYELLE, *in rem*, M/V RACHEL SHANNON, *in rem*, their engines, tackle, Furniture, apparel, appurtenances, etc., SM ENERGY, LLC, BARBARA ANN, LLC SM ENERGY SERVICES, LLC, RAYMOND J. SCULLY, JR., and JOHN A. LANCON *in personam*

CIVIL ACTION NO. 16-1274

JUDGE DOHERTY

MAG. JUDGE WHITEHURST

---

**Order**

Before the Court is Raymond J. Scully, Jr.'s Motion to Set Aside Default. Having considered the motion and the record before the Court, and having found that Raymond J. Scully, Jr. has demonstrated good cause to set aside the entry of default,

**IT IS ORDERED** that Raymond J. Scully, Jr.'s motion is **GRANTED** and the January 27, 2017 Entry of Default is set aside and removed from the record of this proceeding.

**THUS DONE AND SIGNED** this 11th day of August, 2017 at Lafayette, Louisiana.

Hon. Carol b. Whitehurst
United States District Magistrate Judge