United States District Court
Western District of Louisiana
Lafayette Division

| | |
|---|---|
| COASTAL COMMERCE BANK | Civil Action No: 6:16-cv-1274 |
| VERSUS | Judge Doherty |
| M/V RANDI NICHOLE, *in rem, et al* | Mag. Judge Whitehurst |

# Answer and Affirmative Defenses to the Verified Complaint by Raymond J. Scully, Jr.

NOW INTO COURT, through undersigned counsel, comes Defendant, Raymond J. Scully, Jr. ("Defendants"), who answers the Verified Complaint (the "Complaint"), Rec. Doc. 1, filed by Plaintiff, Coastal Commerce Bank ("Plaintiff"), as follows:

## Affirmative Defenses

### First Affirmative Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Defendant pleads any defenses available under the terms or provisions of any applicable agreements or contracts.

### Third Affirmative Defense

Defendant denies the allegations in the Complaint and any obligation or continuing obligation under any written guaranty, contract, or agreement.

### Fourth Affirmative Defense

Defendant affirmatively avers that the amount allegedly outstanding and/or owed has changed because the vessels/collateral referenced in the Complaint were sold and any

outstanding obligation has not been communicated to Defendant after application of all proceeds of the sales of the boats.

**Fifth Affirmative Defense**

Defendant affirmatively avers that Plaintiff failed to mitigate its alleged damages.

**Sixth Affirmative Defense**

Defendant affirmatively avers that the damages alleged by Plaintiff, should any exist, which is not admitted but is specifically denied, were not sustained as a result of any breach of contract (express or implied), breach of warranty (express or implied), and/or any other act or omission on the part of Defendant or on the part of others for whose conduct Defendant may be in any way responsible, but occurred and/or were caused solely by the fault, negligence and/or acquiescence of Plaintiff and/or others for whom Defendant has no responsibility, which precludes and bars any recovery by Plaintiffs against Defendant or operates in mitigation of any recovery.

**Seventh Affirmative Defense**

Defendant pleads any other affirmative defenses which are or may be available under state or federal law and reserves the right to supplement and amend its Answer and Affirmative Defenses.

**Answer**

AND NOW, answering the specific allegations in the original Verified Complaint, Defendant aver as follows:

1.

The allegations in the preamble and paragraph 1 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

2.

The allegations in paragraph 2 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

3.

The allegations in paragraph 3 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

4.

The allegations in paragraph 4 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

5.

The allegations in paragraph 5 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

6.

The allegations in paragraph 6 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

7.

The allegations in paragraph 7 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

8.

The allegations in paragraph 8 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

9.

The allegations in paragraph 9 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

10.

The allegations in paragraph 10 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

11.

The allegations in paragraph 11 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as

to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

12.

The allegations in paragraph 12 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

13.

The allegations in paragraph 13 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

14.

The allegations in paragraph 14 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

15.

The allegations in paragraph 15 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

16.

The allegations in paragraph 16 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

17.

The allegations in paragraph 17 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

18.

The allegations in paragraph 18 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

19.

The allegations in paragraph 19 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as

to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

20.

The allegations in paragraph 20 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

21.

The allegations in paragraph 21 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

22.

The allegations in paragraph 22 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein. Further answering, Defendant avers the written instrument is the best evidence of its existence or contents.

23.

The allegations in paragraph 23 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied.

24.

The allegations in paragraph 24 of the Complaint contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied.

25.

Defendant requests a jury on any issues which are triable by jury.

26.

The allegations in the prayer of the Complaint, including all sub-parts, contain legal conclusions and/or mixed statements of law and fact for which no answer is required. To the extent an answer is required, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein. Further answering, Defendant avers any written instruments are the best evidence of its existence or contents.

27.

Defendant denies any and all other allegations in the Complaint which have not been expressly admitted herein.

Respectfully submitted,

NEUNERPATE

By: ______________________________

Frank X. Neuner, Jr., Bar No. 7674 (T.C.)
(FNeuner@NeunerPate.com)
Jeffrey K. Coreil, Bar No. 32405
(JCoreil@NeunerPate.com)
Victoria V. Theriot, Bar No. 33422
(TTheriot@NeunerPate.com)
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Tel: (337) 237-7000
Fax: (337) 233-9450

**Counsel for Defendant, Raymond J. Scully, Jr.**

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

☐ Hand delivery ☐ Prepaid U. S. Mail

☐ Facsimile/Electronic Mail ☐ Federal Express

☐ Certified Mail/Return Receipt Requested ☑ CM/ECF

Lafayette, Louisiana on August 15, 2017.

______________________________
Counsel