**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| COASTAL COMMERCE BANK | CIVIL ACTION NO.: 16-1274 |
| VERSUS | JUDGE: DOHERTY |
| M/V RANDI NICHOLE, *in rem*, M/V MS. ISABELLE, *in rem*, M/V MS. BRYELLE, *in rem*, M/V RACHEL SHANNON, *in rem*, their engines, tackle, furniture, apparel, appurtenances, etc., SM ENERGY, LLC, BARBARA ANN, LLC, SM ENERGY SERVICES, LLC, RAYMOND J. SCULLY, Jr., and JOHN A. LANCON *in personam* | MAG. JUDGE: WHITEHURST |

**MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes the plaintiff, Coastal Commerce Bank ("***Coastal***"), which respectfully requests entry of summary judgment under Rule 56 of the Federal Rules of Civil Procedure against the *in personam* defendant, Raymond J. Scully, Jr. ("***Scully***") in the amount $4,462,564.85, plus post-judgment interest at the prevailing rate under 28 U.S.C. § 1961.

As set forth more fully in the accompanying Memorandum in Support of Motion for Summary Judgment and Incorporated Statement of Established and Undisputed Facts, the pleadings, affidavit testimony, and documentary evidence produced by Coastal establishes the absence of any genuine issue of material fact as regards Scully's liability for the indebtedness sued upon by Coastal pursuant to the terms of that certain Commercial Guaranty signed and executed by Defendant Scully.

Coastal Commerce Bank has contemporaneously filed a Motion to Reconsider the Court's Order Setting Aside Raymond J. Scully's Default. Coastal Commerce Bank requests that these Motions be considered in the alternative.

**WHEREFORE,** Coastal requests that the Court GRANT its Motion for Summary Judgment and such further relief as the Court deems just and proper.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

/s Joseph P. Briggett
STEWART F. PECK (La. Bar #10403)
JOSEPH P. BRIGGETT (La. Bar #33029)
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile (504) 310-9195
speck@lawla.com; jbriggett@lawla.com
*Attorneys for Coastal Commerce Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2017, a copy of the foregoing Memorandum in Support of Motion for Summary Judgment was filed electronically with the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system. Notice will also be sent to the parties listed below via U.S. Mail.

SM ENERGY, LLC, BARBARA ANN, LLC, SM ENERGY SERVICES, LLC c/o
Gerald J. Casey, Esq.
613 Alamo Street
Lake Charles, LA 70601

Raymond Scully c/o
Kent Aguillard, Esq.
141 S 6th St,
Eunice, LA 70535

John A. Lancon
610 3rd St.
Morgan City, LA 70380

/s Joseph P. Briggett