**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Coastal Commerce Bank | Civil Action 16-cv-01274 |
| versus | Unassigned District Judge |
| SM Energy LLC et al | Magistrate Judge Carol B. Whitehurst |

**ORDER**

The November 15, 2017 hearing with oral argument on Coastal Commerce Bank's Motion To Reconsider Order Setting Aside Default [Rec. Doc. 66] is hereby **CANCELED**. The Court will consider the Motion on the parties briefs.

**THUS DONE AND SIGNED** this 8th day of November, 2017.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE