**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| COASTAL COMMERCE BANK | CIVIL ACTION NO.: 16-1274 |
| VERSUS | JUDGE: UNASSIGNED |
| M/V RANDI NICHOLE, *in rem*, M/V MS. ISABELLE, *in rem*, M/V MS. BRYELLE, *in rem*, M/V RACHEL SHANNON, *in rem*, their engines, tackle, furniture, apparel, appurtenances, etc., SM ENERGY, LLC, BARBARA ANN, LLC, SM ENERGY SERVICES, LLC, RAYMOND J. SCULLY, Jr., and JOHN A. LANCON *in personam* | MAG. JUDGE: WHITEHURST |

**ORDER**

Considering the foregoing Motion to Examine Judgment Debtor filed by Coastal Commerce Bank;

IT IS ORDERED that John A. Lancon, Judgment Debtor herein, is to appear in open court before the U.S. District Court for the Western District of Louisiana, 800 Lafayette Street, Suite 3400, Lafayette, Louisiana 70501, on the 20th of December, 2017 at 9:30 a.m., to be examined under oath and before a duly authorized court reporter.

IT IS FURTHER ORDERED that John A. Lancon, Judgment Debtor herein, shall produce, at the time and place of said examination as set forth above, the following documents:

> All documents relating to any bank account, including monthly statements; passbooks; certificates of deposit; canceled checks; deposit receipts and withdrawal receipts for any account at any bank, homestead, or financial institution of any type which maintained an account in the name of the Judgment Debtor individually or jointly with any other entity or person, or any account against which the Judgment Debtor has or had the right to make withdrawals or sign checks; receipts, contracts, records, and other documents showing the ownership, sales, donations, mortgages,

and other transfers of property owned by, purchased by, or sold by the Judgment Debtor, including real estate, oil and gas leases, operating agreements, automobiles, and other vehicles, furniture, and all other property owned by the Judgment Debtor individually or by any associated business ventures; receipts for rent paid on the Judgment Debtor's principal place of business; receipts for payment of any amounts owed by or to the debtor on accounts, mortgages, notes, or any other indebtedness whatsoever, for the period of time beginning January 1, 2014 and continuing through the present; lists of accounts receivable, movable property and inventory and location thereof, insurance policies and right to any proceeds for losses or insurance claims; and any documents relating to the Judgment Debtor=s relationship with LL&E Services, LLC, LNL Tree Services, LLC, Offshore Marine Management, LLC, including without limitation all transactions with any of those entities, and any income of any kind received from them.

Lafayette, Louisiana this 14th day of November , 2017.

MAGISTRATE JUDGE