## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

Coastal Commerce Bank

versus

SM Energy LLC et al

Civil Action 16-cv-01274

Unassigned District Judge

Magistrate Judge Carol B. Whitehurst

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that upon considering the Bill of Costs and Itemized Statement filed by Plaintiff, Coastal Commerce Bank, [Record Document 88], the total judgment awarded on the Motion For Default Judgment of $4,050,431.24 is increased by the amount of $439,717.83, said additional amount representing the interest on the two promissory notes, late fees, and all costs. The total amount of the judgment is amended to $4,490,149.07.

**THUS DONE AND SIGNED** this 5th day of December, 2017.

_____
Elizabeth E. Foote
United States District Judge