**United States District Court**
**Western District of Louisiana**
**Lafayette Division**

| | |
|---|---|
| COASTAL COMMERCE BANK | Civil Action No: 6:16-cv-1274 |
| VERSUS | Unassigned District Judge |
| M/V RANDI NICHOLE, *in rem, et al* | Magistrate Judge Whitehurst |

**Order**

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED** that Victoria V. Theriot, no longer associated with the law firm of NeunerPate, be formally withdrawn as counsel of record in the above entitled and numbered cause for defendant, Raymond J. Scully, Jr., and removed from the Court's notice of electronic filing system.

Lafayette, Louisiana, this 1st day of May, 2018.

UNITED STATES MAGISTRATE JUDGE