MINUTE ENTRY
MORGAN, J.
August 9, 2018

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **COASTAL COMMERCE BANK,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-1274** |
| **M/V RANDI NICHOLE, *IN REM*, ET AL.,**<br>**Defendants** | **SECTION: "E" (3)** |

***Related Case:***

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **COASTAL COMMERCE BANK,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-1011** |
| **RAYMOND J. SCULLY, JR., ET AL.,**<br>**Defendants** | **SECTION: "E" (3)** |

***Applies to: Both Cases***

**MINUTE ENTRY**

A telephone status conference was held on August 9, 2018, at 10:00 a.m. in the chambers of Judge Susie Morgan.

Present: Stewart Peck and Joseph Briggett, counsel for Plaintiff, Coastal Commerce Bank; Jeffrey Coreil and Bradley Person, counsel for Defendants, Raymond J. Scully, Jr., Acosta Family Rentals, L.L.C., Sean Christian Torgrimson, Sr., Crystal Ann Scully, Shirley H. Scully, Rae Ann Scully Richie, Kathy Scully Petty, David Acosta, Lynze T. Belle, Jeffery A. Richie, and KRC Properties, LLC.

The parties discussed the status of both cases. The parties informed the Court that *pro se* Defendant John Lancon has filed for personal bankruptcy, thereby staying all claims against him.

With respect to case number 16-1274, the Court instructed the parties to consider entering into a consent judgment with respect to the promissory note dated February 13, 2015. The Court **ORDERED** the parties to provide the Court with a consent judgment, if any, by no later than **Monday, August 13, 2018** at **5:00 p.m.** In the event the parties are unable to come to an agreement, the Court will rule on the pending motion for summary judgment.[1]

With respect to case number 17-1011, the Court clarified that it will not stay discovery pending the resolution of Defendants' motion to dismiss.[2] The Court **ORDERED** the parties to exchange Rule 26 disclosures by no later than **Thursday, August 23, 2018** at **5:00 p.m.** The Court's case manager, Brad Newell, will contact the parties to set a trial date and associated pre-trial deadlines.

**New Orleans, Louisiana, this 10th day of August, 2018.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:19)

[1] No. 16-1274, R. Doc. 68.
[2] No. 17-1011, R. Doc. 29.