**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **COASTAL COMMERCE BANK** | **CIVIL ACTION NO.: 6-16-cv-01274** |
| **VERSUS** | **JUDGE SUSIE MORGAN** |
| **M/V RANDI NICHOLE, *in rem*, M/V MS. ISABELLE, *in rem*, M/V MS. BRYELLE, *in rem*, M/V RACHEL SHANNON, *in rem*, their engines, tackle, furniture, apparel, appurtenances, etc., SM ENERGY, LLC, BARBARA ANN, LLC, SM ENERGY SERVICES, LLC, RAYMOND J. SCULLY, Jr., and JOHN A. LANCON *in personam*** | **MAGISTRATE JUDGE DANA M. DOUGLAS** |

# ORDER
# ON MOTION FOR DISBURSEMENT OF REGISTRY FUNDS

**UPON CONSIDERATION** of the foregoing Motion for Disbursement of Registry Funds filed by Plaintiff herein, Coastal Commerce Bank, and finding good cause for the relief requested therein;

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to disburse the funds held in the registry of the Court, in the amount of $250.00 to the Plaintiff, Coastal Commerce Bank, through its counsel, Joseph P. Briggett, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, 601 Poydras St., Ste. 2775, New Orleans, LA 70130.

**New Orleans, Louisiana, this 11th day of May, 2020.**

Susie Morgan

**UNITED STATES DISTRICT JUDGE**