**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| Coastal Commerce Bank,<br>Plaintiff<br><br>Versus<br><br>M/V Randi Nichole, *In Rem*, et al.,<br>Defendants | Civil Action<br><br>No. 16-1274<br><br>Section: "E" (3) |

**Order Granting Joint Motion To Withdraw and Substitute Counsel for Defendant, Raymond J. Scully, Jr.**

Before the Court is a *Joint Motion to Withdraw and Substitute Counsel for Defendant, Raymond J. Scully, Jr*. ("Defendant");

**IT IS HEREBY ORDERED** Defendant's *Joint Motion to Withdraw and Substitute Counsel for Defendant, Raymond J. Scully, Jr. is granted and* Tom St. Germain of the law firm of Weinstein & St. Germain is hereby substituted and enrolled as counsel of record for Defendant, Raymond J. Scully, Jr., and Frank X. Neuner, Jr., Jeffrey K. Coreil, and B. Lance Person of the law firm of NeunerPate are removed as counsel of record for Defendant.

**New Orleans, Louisiana this 22nd day of June, 2020.**

Susie Morgan

**Hon. Susie Morgan**
**United States District Judge**
**Eastern District of Louisiana**