# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **COASTAL COMMERCE BANK** | **CIVIL ACTION NO.:** <br> **6-16-cv-01274** |
| **VERSUS** | **JUDGE MORGAN** |
| **M/V RANDI NICHOLE,** *in rem*, **M/V MS. ISABELLE,** *in rem*, **M/V MS. BRYELLE,** *in rem*, **M/V RACHEL SHANNON,** *in rem*, **their engines, tackle, furniture, apparel, appurtenances, etc., SM ENERGY, LLC, BARBARA ANN, LLC, SM ENERGY SERVICES, LLC, RAYMOND J. SCULLY, Jr., and JOHN A. LANCON** *in personam* | **MAGISTRATE JUDGE DANA M. DOUGLAS** |

## FINAL JUDGMENT

Considering the foregoing Motion for Entry of Final Judgment filed on behalf of Coastal Commerce Bank;

**IT IS HEREBY ORDERED** that the Motion for Entry of Final Judgment is GRANTED;

**IT IS FURTHER ORDERED** that the prior orders in this action, as set forth below, to the extent they are interlocutory in nature, be and are hereby deemed final;

1. ORDER granting [2] Motion for Issuance of Warrant in rem, September 12, 2016;

2. ORDER granting [3] Motion to Appoint Custodian Central Boat Rentals appointed, September 12, 2016;

3. ORDER granting [19] Motion to Release and Remove Seismic Surveying Equipment and other Property belonging to Tesla Offshore LLC laden aboard M/V MS. ISABELLE, November 16, 2016;

- 2 -

4. ORDER granting [25] Motion for Interlocutory Sale of Vessels; granting [25] Motion for Order Approving Stipulation, December 8, 2016;.

5. DEFAULT JUDGMENT granting [27] Motion for Confirmation of Default and Default Judgment as to Unknown Claimants or holders of maritime liens bearing against the Vessels who have not intervened or otherwise appeared in this proceeding, and anyone else who asserts a right of possession or any ownership interest in the property that is the subject of this action, February 6, 2017;.

6. ORDER granting [33] Motion for Order of Sale, March 24, 2017;

7. ORDER granting [43] Motion for Confirmation of U.S. Marshal Auction Per Local Rule 64.6, May 8, 2017;

8. PARTIAL DEFAULT JUDGMENT adopting in part and rejecting in part [70] Report and Recommendations; granting in part [46] Motion for Default Judgment against Lancon for the amount of $5,175,431.24 representing the principal indebtedness, less credit for the credit bids made by Coastal in the amount of $1,125,000.00, for a total judgment in the amount of $4,050,431.24, October 5, 2017.

**IT IS FURTHER ORDERED** that all claims which remain pending and not heretofore adjudicated be and hereby are dismissed without prejudice.

New Orleans, Louisiana this 2nd day of July, 2020.

_____
HON. SUSIE MORGAN
UNITED STATES DISTRICT JUDGE